**Order entered May 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01641-CV

### GARY M. KORNMAN, Appellant

### V.

### DENNIS S. FAULKNER, TRUSTEE, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-08489**

## ORDER

The Court has before it appellant's May 28, 2013 second unopposed emergency motion to extend briefing deadlines and memorandum in support. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by May 31, 2013; appellee to file his brief by July 5, 2013; and appellant to file any reply brief by July 19, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE